■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ATIF WHITFIELD, Appellant. [858 NYS2d 903]—Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered March 11, 2005, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the defendant's valid and unrestricted written waiver of his right to appeal, as part of his plea agreement, precludes appellate review of his claim that he was denied the right to counsel of his choosing (*see People v Segrue*, 274 AD2d 671 [2000]). Inasmuch as the defendant's claim with regard to the right to counsel does not include a claim that the voluntariness of his plea was impacted by that issue, it is foreclosed from review (*see People v Morrison*, 51 AD3d 1041 [2008]). Fisher, J.P., Santucci, Angiolillo and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN WILLIAMS, Also Known as Darren Flowers, Appellant. [858 NYS2d 907]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 8, 2006 (*People v Williams*, 34 AD3d 506 [2006]), affirming a judgment of the County Court, Orange County, rendered October 28, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Lifson, Ritter and Miller, JJ., concur.